UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELVIN ALOMAR,

    Petitioner,

v.                                    CASE NO. 6:06-cv-163-Orl-19DAB

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

This case is before the Court on the following motions:

1. Petitioner's Motion to Redress (Doc. No. 8, filed May 15, 2006) is **DENIED**. Petitioner has failed to demonstrate any basis for reconsideration of the Court's Order of March 30, 2006 (Doc. No. 7).

2. Petitioner's Motion for Court to Take Mandatory Judicial Notice (Doc. No. 9, filed May 15, 2006) is **DENIED**. This case was dismissed on March 30, 2006.

**DONE AND ORDERED** in Chambers at Orlando, Florida this  17th  day of May, 2006.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 5/17
Melvin Alomar