UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELVIN ALOMAR,

        Petitioner,

-vs-                              Case No. 6:06-cv-163-Orl-19DAB
                               (Criminal Case No.: 6:98-cr-59-Orl-19DAB)

UNITED STATES OF AMERICA,

        Respondent.
_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR A CERTIFICATE OF APPEAL ABILITY (Doc. No. 14)** |
| **FILED:** | **June 7, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot. The Court previously denied this request. *See* Court's Order of May 31, 2006 (Doc. No. 13)

**DONE AND ORDERED** at Orlando, Florida this __8th____ day of June, 2006.

*[signature: Patricia C. Fawsett]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 6/8
Counsel of Record
Melvin Alomar