**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MELVIN ALOMAR,

          Petitioner,

-vs-                                         Case No.  6:06-cv-163-Orl-19DAB
                                     (Criminal Case No.:  6:98-cr-59-Orl-19DAB)

UNITED STATES OF AMERICA,

          Respondent.

_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR RECONSIDERATION (Doc. No. 15)** |
| **FILED:** | **June 8, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida this ___26th____ day of June, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 6/9
Melvin Alomar